| | |
|---|---|
| TRACY LEWIS | CIVIL ACTION NUMBER |
| VERSUS | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF LOUISIANA |
| SHELL EXPLORATION AND PRODUCTION COMPANY | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## COMPLAINT

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PRELIMINARY STATEMENT

1. This is a civil rights action in which the plaintiff, TRACY LEWIS (hereinafter "Plaintiff", seek relief for the defendant's violation of their rights secured by the Civil Rights Acts of 1964, and 1871. Plaintiffs seek damages, compensatory and punitive, affirmative and equitable relief, an award of costs and attorney fees and such other further relief as this court deems equitable and just.

### JURISDICTION

2. Jurisdiction is conferred upon this Court by 28 U.S.C. Section 1331, 1342 (3) and (4) by this action being an action seeking relief for the violation of the Plaintiffs' constitutional and civil rights. The amount of damages in controversy is in excess of $75,000.00 exclusive of interests and costs.

3. Plaintiffs invoke this Court's pendent jurisdiction over any and all state law claims and causes of action, which derive from the same nucleus of operative facts that give rise to the federally based claims and causes of action.

4. Plaintiffs demand a trial by jury on each and every one of their claims as pled herein.

### VENUE

5. Venue is proper for the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. Section 1391 9 (a), (b) and (c).

### PARTIES

6. The Plaintiff, **TRACY LEWIS** , is a residents of the United States and at all times relevant herein residents of the Parish of LIVINGSTON.

7. Defendant, **SHELL EXPLORATION AND PRODUCTION COMPANY**, is at all times pertinent herein, the employer of the defendant, Chris Louvier. Hereinafter referred to as Louvier. . Defendant **SHELL** enjoys ultimate supervisory, regulatory, and corrective authority over each and every supervisor.

8. Defendant, **SHELL,** has systematically created a place employment that promotes division based on race.

9. Defendant, **SHELL,** systematically fails to promote blacks.

10. Defendant, **SHELL,** has an unrepresentative amount of minorities working from its New Orleans, office located at 701 Poydras Street in New Orleans.

## STATEMENT OF FACTS

11. On or about October 29, 2014, Louvier began to harass the plaintiff with racial undertones.

12. He ordered the plaintiff to fix him a plate as if he was his servant.

13. Plaintiff became in fear of him especially since they were on the water.

14. Plaintiffs later reported this to the proper officials at 701 Poydras Street in New Orleans, Louisiana.

## FIRST CLAIM

Title VII of The Civil Rights Act of 1964

15. Plaintiffs incorporate by reference all allegations set forth in Paragraphs 1 through 14 is fully set forth herein.

16. By engaging in the systematic discrimination against blacks the defendant's created a hostile work environment which became conducive for racial discrimination.

17. As a direct proximate result of the misconduct and abuse of the authority averred to above, Plaintiff has suffered and continue to suffer from psychological pain, suffering and mental anguish, loss of income, and other damages to be more specifically averred at trial.

## SECOND CLAIM

Pendant State Law Claim

(Against all Defendants)

18. Plaintiffs incorporate by reference the allegations set forth in Paragraphs 1-17 as fully set forth herein.

19. On information and belief, the defendants failed to effectively screen, hire, train, supervise and discipline its policy officers on how to handle minorities.

20. Under the doctrine of respondent superior, the defendants, SHELL OIL , is fully responsible for the acts of the individual employees of same named herein.

21. The foregoing acts and conduct of the defendants were the proximate cause of the plaintiff's injuries.

**WHEREFORE**, the plaintiff demands the following relieve jointly and severely against the all defendants:

a. Compensatory damages in the amount of $1,000,000.00;

b. Punitive damages in the amount of $1,000,000.00;

c. The convening and empanelling of a jury to consider the merits of the claims herein;

d. The Court to order, pursuant to 42 U.S.C. 1988, the plaintiff is entitled to costs involved in maintaining this action, including attorney's fees.

e. Such other relief as the court may deem appropriate and equitable.

Dated:  May 1, 2015.

Respectfully Submitted:

/s/ Shannon L. Battiste_____
**Shannon L. Battiste**
**Bar Roll Number 30198**
607 North Alexander Avenue
Port Allen, Louisiana  70767
Telephone: (225) 361-0424
Facsimile: (225) 400-9060
email:  attorneybattiste@yahoo.com