UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRACY LEWIS                                                        CIVIL ACTION

VERSUS                                                             NO. 15-1444

SHELL EXPLORATION & PRODUCTION COMPANY            SECTION "N" (3)

O R D E R

More than 120 days have elapsed since the filing of the complaint in this action and counsel for plaintiff has failed to show good cause why service of process has not been effected upon the defendant, Shell Exploration & Production Company, in accordance with the Court's Order dated September 9, 2015 (Rec. Doc. No. 6); accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the claims of plaintiff against the defendant, Shell Exploration & Production Company, are dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. See Redding v. Essex Crane Rental Corp. of Alabama, 752 F.2nd 1077 (5th. Cir. 1985).

New Orleans, Louisiana, this 29th day of December, 2015.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE